IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| TABITHA L. McCRANIE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:09cv119-CSC |
| | ) (WO) |
| MICHAEL J. ASTRUE, | ) |
| COMMISSIONER OF | ) |
| SOCIAL SECURITY, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION AND ORDER**

On October 21, 2009, the defendant filed a motion to remand pursuant to sentence four of 42 U.S.C. § 405(g).  *See* Doc. # 20.  The plaintiff does not object to the motion to remand. In addition, pursuant to 28 U.S.C. § 636(c)(1) and M.D. Ala. LR 73.1, the parties have consented to the United States Magistrate Judge conducting all proceedings in this case and ordering the entry of final judgment. Accordingly, it is

ORDERED that the defendant's motion to remand (doc. # 20) be and is hereby GRANTED.  By separate final order the decision of the Commissioner will be reversed and this case remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.

Done this 23rd day of October, 2009.

        /s/Charles S. Coody  
CHARLES S. COODY  
UNITED STATES MAGISTRATE JUDGE